# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIM GRIMALDI, #11013 ) ) | |
| Plaintiff, ) ) | 3:12-cv-00617-LRH-WGC |
| vs. ) ) | **ORDER** |
| NEVADA DIRECTOR OF ) PRISONS, *et al.*, ) ) | |
| Defendants. ) | |

This prison civil rights action comes before the court following plaintiff's failure to pay the $350.00 filing fee in response to the court's January 28, 2013 order (ECF #3). The court denied plaintiff's application to proceed *in forma pauperis* and ordered that he must pay the full filing fee within thirty (30) days or his case would be dismissed. Plaintiff has not paid the filing fee, nor responded to the court's order in any way. Accordingly, the action will be dismissed.

**IT IS THEREFORE ORDERED** that this action shall be **DISMISSED** without prejudice for failure to pay the filing fee. The Clerk of Court shall enter final judgment accordingly.

Dated this 11th day of April, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE